

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00176-CV

Texas Vein and Vascular, TVV Medispa, and Javier Alonso M.D.
v.
Mary Martinez

On Appeal from the
28th District Court of Nueces County, Texas
Trial Cause No. 2013-DCV-4007-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED IN PART and REVERSED IN PART, and the case should be REMANDED IN PART to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED IN PART for further proceedings consistent with its opinion. Costs of the appeal are taxed to the party incurring same.

We further order this decision certified below for observance.

September 3, 2015